UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BOBBIE TAPPE, JERALD TAPPE, and PATRICIA TAPPE,<br><br>Defendants. | Case No.<br>EDCV 15-0688 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff-in-interpleader the Trustees of the Operating Engineers Pension Trust and against Defendant-in-interpleader Bobbie Tappe. The Court also ORDERS as follows:

1. Plaintiff-in-interpleader the Trustees of the Operating Engineers Pension Trust is awarded $9,592.00 in attorneys' fees and costs associated with this action, which shall be deducted from the

     pension benefits payable on Michael Tappe's account with the Operating Engineers Pension Trust;

2. Defendants-in-interpleader Jerald Tappe and Patricia Tappe are the sole beneficiaries of the remaining pension benefits owing under Michael Tappe's account with the Operating Engineers Pension Trust. After $9,592.00 in attorneys' fees and costs is deducted from the pension benefits payable on Michael Tappe's account with the Operating Engineers Pension Trust, Jerald and Patricia Tappe shall each be entitled to fifty percent of the remaining pension benefits in that account;

3. Plaintiff-in-interpleader the Trustees of the Operating Engineers Pension Trust is discharged from all liability to Defendant-in-interpleader Bobbie Tappe for the pension benefits payable on Michael Tappe's account with the Operating Engineers Pension Trust; and

4. Defendant-in-interpleader Bobbie Tappe is restrained from commencing any action, in federal or state court, against the Trustees of the Operating Engineers Pension Trust regarding Bobbie Tappe's entitlement to the benefits payable on

    Michael Tappe's account with the Operating
    Engineers Pension Trust.

The Court orders that such judgment shall be entered. The Clerk is directed to close the case.

Dated: August 20, 2015             _____
                                      THE HONORABLE JESUS G. BERNAL
                                      United States District Judge